Case 4:19-cv-05257-EFS    ECF No. 27    filed 08/22/22    PageID.667    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN H.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[2] <br><br> Defendant. | No.  4:19-cv-5257-EFS <br><br> **ORDER DIRECTING ENTRY OF NEW JUDGMENT AND REMANDING TO THE COMMISSIONER** |

On June 13, 2022, the Ninth Circuit issued a slip opinion directing that this matter be remanded to the ALJ for further proceedings, including reconsideration of Plaintiff's symptom testimony, the onset date, and medical opinions dating prior

---

[1] To protect the privacy of the social-security Plaintiff, the Court refers to him by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

[2] On July 9, 2021, Ms. Kijakazi became the Acting Commissioner of Social Security. She is therefore substituted for Andrew Saul as Defendant. Fed. R. Civ. P. 25(d); 42 U.S.C. § 405(g).

ORDER VACATING JUDGMENT AND REMANDING CASE - 1

to 2012.[3] On August 5, 2022, the Ninth Circuit entered the corresponding mandate.[4]

Accordingly, **IT IS HEREBY ORDERED**:

1. The case caption is to be **AMENDED** consistent with footnote 2.

2. The Court's November 10, 2020 Judgment, **ECF No. 18**, as well as the underlying order, **ECF No. 17**, are **VACATED** consistent with the Ninth Circuit's opinion.

3. The Clerk's Office shall enter a new **JUDGMENT** in favor of Plaintiff **REVERSING and REMANDING** the matter to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.  The Clerk's Office is directed to file this order and provide copies to all counsel.

**DATED** this 22nd  day of August 2022.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

---

[3] ECF No. 25.

[4] ECF No. 26.