FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STEVEN H.,[1]

           Plaintiff,

    v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,[2]

           Defendant.

No.    4:19-cv-5257-EFS

**ORDER DIRECTING ENTRY OF
NEW JUDGMENT AND
REMANDING TO THE
COMMISSIONER**

On June 13, 2022, the Ninth Circuit issued a slip opinion directing that this

matter be remanded to the ALJ for further proceedings, including reconsideration

of Plaintiff's symptom testimony, the onset date, and medical opinions dating prior

---

[1] To protect the privacy of the social-security Plaintiff, the Court refers to him by

first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

[2] On July 9, 2021, Ms. Kijakazi became the Acting Commissioner of Social Security.

She is therefore substituted for Andrew Saul as Defendant. Fed. R. Civ. P. 25(d); 42

U.S.C. § 405(g).

ORDER VACATING JUDGMENT AND REMANDING CASE - 1

to 2012.[3]  On August 5, 2022, the Ninth Circuit entered the corresponding

mandate.[4]

Accordingly, **IT IS HEREBY ORDERED**:

1.      The case caption is to be **AMENDED** consistent with footnote 2.

2.      The Court's November 10, 2020 Judgment, **ECF No. 18**, as well as the

underlying order, **ECF No. 17**, are **VACATED** consistent with the

Ninth Circuit's opinion.

3.      The Clerk's Office shall enter a new **JUDGMENT** in favor of Plaintiff

**REVERSING and REMANDING** the matter to the Commissioner of

Social Security for further proceedings pursuant to sentence four of 42

U.S.C. § 405(g).

IT IS SO ORDERED.  The Clerk's Office is directed to file this order and

provide copies to all counsel.

**DATED** this 22nd  day of August 2022.


_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge

---

[3] ECF No. 25.

[4] ECF No. 26.

ORDER VACATING JUDGMENT AND REMANDING CASE - 2